Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23144−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edith M. Farina
35 Mahlon Court
Toms River, NJ 08753

Social Security No.:
xxx−xx−5885

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2026
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Edith M. Farina

    Debtor

Case No. 25-23144-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 3

Date Rcvd: Feb 19, 2026           Form ID: 148            Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edith M. Farina, 35 Mahlon Court, Toms River, NJ 08753-2619 |
| 520918845 | + | Bank of Mellon, New York Debt Collector, 340 Greenwich Street, New York, NY 10286-0001 |
| 520937668 | | Countrywide Home Loans Inc., POB 660694, Dallas, TX 75266-0694 |
| 520918848 | + | Countrywide Mortgage -, Debt Collector, 385 Douglas Ave., Ste. 300, Altamonte Springs, FL 32714-3366 |
| 520918850 | | NYC Health Hospital, Po Box 21641, New York, NY 10087-1641 |
| 520918851 | + | Ocean Medical Center, Billing Dept/Bankruptcy Notice, 425 Jack Martin Blvd, Brick, NJ 08724-7732 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520918842 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:16:22 | America Express, Po Box 1270, Newark, NJ 07101-1270 |
| 520918844 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:16:05 | American Express, cl o Becket and Lee LLP, Po Box 3001, Malvern, PA 19355-0701 |
| 520918843 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:37:17 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520955066 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:15:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520937665 | | EDI: BANKAMER | Feb 20 2026 01:53:00 | Bank of America, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 520937664 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:16:22 | Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 520918846 | | Email/Text: dlewis@csandw-llp.com | Feb 19 2026 21:12:00 | Celentano, Stadtmauer & Walentowicz, Debt Collector, Po Box 2594, Clifton, NJ 07015-2594 |
| 520972942 | | EDI: CITICORP | Feb 20 2026 01:53:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520918847 | + | EDI: BANKAMER | Feb 20 2026 01:53:00 | Countrywide Home Loans, Debt Collector, 450 American St., Simi Valley, CA 93065-6285 |
| 520973475 | | EDI: JEFFERSONCAP.COM | Feb 20 2026 01:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520937667 | + | EDI: CAPITALONE.COM | Feb 20 2026 01:53:00 | Kohls, POB 3115, Milwaukee, WI 53201-3115 |
| 520918849 | | Email/Text: usbknotice@ncc.us | Feb 19 2026 21:11:00 | NCC Nationwide, Debt Collectors, Po Box 3219, Oak Brooks, IL 60522-3219 |
| 520931686 | + | Email/Text: ecfbnc@aldridgepite.com | | |

District/off: 0312-3                          User: admin                          Page 2 of 3

Date Rcvd: Feb 19, 2026                    Form ID: 148                    Total Noticed: 29

| | | Feb 19 2026 21:12:00 | NewRez LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520918852 | Email/Text: mtgbk@shellpointmtg.com | Feb 19 2026 21:12:00 | SHELL POINT MORTGAGE SERVICE, Debt Collector, PO BOX 619063, DALLAS, TX 75261-9063 |
| 520918853 | + Email/Text: mtgbk@shellpointmtg.com | Feb 19 2026 21:12:00 | Shellpoint Mortgage, Po Box 10826, Greenville, SC 29603-0826 |
| 520918854 | + Email/Text: bncnotices@stengerlaw.com | Feb 19 2026 21:11:00 | Stenger & Stenger PC., Debtor Collector, 2618E. Paris Ave. SE, Grand Rapids, MI 49546-2454 |
| 520918858 | + EDI: TDBANKNORTH.COM | Feb 20 2026 01:53:00 | TD Bank, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 520937666 | + EDI: TDBANKNORTH.COM | Feb 20 2026 01:53:00 | TD Bank, 200 Carolina Point Pkwy., Bldg. B, Greenville, SC 29607-5766 |
| 520918855 | + EDI: WTRRNBANK.COM | Feb 20 2026 01:53:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT, POB 9475, Minneapolis, MN 55440-9475 |
| 520918856 | + EDI: WTRRNBANK.COM | Feb 20 2026 01:53:00 | Target Credit Card (TC), C/O Financial & Retail Services, Mailstop BT, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 520918857 | + EDI: WTRRNBANK.COM | Feb 20 2026 01:53:00 | Target N.B., Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Defendant New Rez LLC d/b/a Shellpoint Mortgage Servicing aleisha.jennings@mccalla.com mccallaecf@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Feb 19, 2026                          Form ID: 148                                   Total Noticed: 29

Eric S Landau

          on behalf of Plaintiff Edith M. Farina ericslandau@gmail.com

Eric S Landau

          on behalf of Debtor Edith M. Farina ericslandau@gmail.com

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6