Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-23144 / MBK**

Edith M. Farina

Petition Filed Date: 12/12/2025
341 Hearing Date: 01/15/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2026 | $529.00 | 55092847103 | 02/13/2026 | $529.00 | 55043914617 | | | |

**Total Receipts for the Period: $1,058.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,058.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Edith M. Farina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric S. Landau, Esq. | Attorney Fees<br>Hold Funds: Reserve | $1,200.00 | $0.00 | $1,200.00 |
| 1 | American Express | Unsecured Creditors | $2,747.97 | $0.00 | $0.00 |
| 2 | CITIBANK, NA<br>»»  CITI MASTERCARD | Unsecured Creditors | $5,168.22 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  ONE WILLIAM STREET 1 | Unsecured Creditors | $564.43 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-23144 / MBK**

| SUMMARY |
| --- |

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $1,058.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $529.00 |
| Paid to Trustee: | $78.30 | Arrearages: | $0.00 |
| Funds on Hand: | $979.70 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**

