| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
**Chapter 13 Case No. 25-23144 / MBK**

Edith M. Farina

35 Mahlon Court

Toms River, NJ   08753

Petition Filed Date: 12/12/2025

341 Hearing Date: 01/15/2026

Confirmation Date:

Case Status: **Dismissed Before Confirmation on 2/18/2026**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2026 | $529.00 | 55092847103 | 02/13/2026 | $529.00 | 55043914617 | | | |

**Total Receipts for Period: $1,058.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,058.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Edith M. Farina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Eric S. Landau, Esq. | Attorney Fees Hold Funds: Reserve | $1,200.00 | $0.00 | $1,200.00 |
| 1 | American Express | Unsecured Creditors | $2,747.97 | $0.00 | $0.00 |
| 2 | CITIBANK, NA »» CITI MASTERCARD | Unsecured Creditors | $5,168.22 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC »» ONE WILLIAM STREET 1 | Unsecured Creditors | $564.43 | $0.00 | $0.00 |

### SUMMARY

**Your case was Dismissed Before Confirmation on 02/18/2026.**

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,058.00 | Paid to Claims: | $0.00 |
| Paid to Trustee: | $78.30 | Funds on Hand: | $979.70 |