UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edith Farina

Case No.: _____25-23144_____

Chapter: _____13_____

Hearing Date: _____June 25, 2026_____

Judge: ___Michael B. Kaplan___

## ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page(s) is ORDERED.

**DATED: June 26, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Presently before this Court is a Motion to Vacate Dismissal (ECF No. 28).  The Court has carefully reviewed the parties' written submissions, the adversary docket, the docket of the underlying Chapter 13 case, the transcript of the March 27, 2026 hearing before Judge Vincent J. Grasso, J.S.C. (ret. on recall) in the Ocean County Superior Court (submitted by Debtor as Exhibit A), the state court's Opinion and Orders of December 15, 2025 (reinstated March 27, 2026), and this Court's Memorandum Decision entered in the Debtor's prior Chapter 13 case (ECF No. 117 in Case No. 24-17517). The Debtor waived oral argument with respect to the hearing scheduled for June 25, 2026.  For the reasons set forth in the accompanying Opinion, it is hereby

ORDERED that the Debtor's Motion to Vacate Dismissal (ECF No. 28) is **DENIED WITH PREJUDICE**.