UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edith Farina

| | |
|---|---|
| Case No.: | 25-23144 |
| Chapter: | 13 |
| Hearing Date: | June 25, 2026 |
| Judge: | Michael B. Kaplan |

## ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page(s) is ORDERED.

**DATED: June 26, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Presently before this Court is a Motion to Vacate Dismissal (ECF No. 28).  The Court has carefully reviewed the parties' written submissions, the adversary docket, the docket of the underlying Chapter 13 case, the transcript of the March 27, 2026 hearing before Judge Vincent J. Grasso, J.S.C. (ret. on recall) in the Ocean County Superior Court (submitted by Debtor as Exhibit A), the state court's Opinion and Orders of December 15, 2025 (reinstated March 27, 2026), and this Court's Memorandum Decision entered in the Debtor's prior Chapter 13 case (ECF No. 117 in Case No. 24-17517). The Debtor waived oral argument with respect to the hearing scheduled for June 25, 2026.  For the reasons set forth in the accompanying Opinion, it is hereby

ORDERED that the Debtor's Motion to Vacate Dismissal (ECF No. 28) is **DENIED WITH PREJUDICE**.

United States Bankruptcy Court

District of New Jersey

In re:

Edith M. Farina

    Debtor

Case No. 25-23144-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Edith M. Farina, 35 Mahlon Court, Toms River, NJ 08753-2619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo

    docs@russotrustee.com

Aleisha Candace Jennings

    on behalf of Defendant New Rez LLC d/b/a Shellpoint Mortgage Servicing aleisha.jennings@mccalla.com mccallaecf@ecf.courtdrive.com

Aleisha Candace Jennings

    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

Eric S Landau

    on behalf of Debtor Edith M. Farina ericslandau@gmail.com

Eric S Landau

    on behalf of Plaintiff Edith M. Farina ericslandau@gmail.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Jun 26, 2026                          Form ID: pdf903                          Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE
    PASS-THROUGH CERTIFICATES, SERIES 2007-8 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7