Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−23144−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edith M. Farina
    35 Mahlon Court
    Toms River, NJ 08753

Social Security No.:
    xxx−xx−5885

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on July 2, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 35
ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEBTOR, INDIVIDUALLY, AND HER COUNSEL, ERIC LANDAU, ESQ.. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/2/2026. Show Cause hearing to be held on 8/12/2026 at 11:30 AM at MBK − Courtroom 8, Trenton. (wiq)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2026
JAN: wiq

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-23144-MBK

Edith M. Farina                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                     Page 1 of 2

Date Rcvd: Jul 02, 2026                         Form ID: orderntc                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +    Edith M. Farina, 35 Mahlon Court, Toms River, NJ 08753-2619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                               Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

**Name                         Email Address**

Albert Russo
                              docs@russotrustee.com

Aleisha Candace Jennings
                              on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

Aleisha Candace Jennings
                              on behalf of Defendant New Rez LLC d/b/a Shellpoint Mortgage Servicing aleisha.jennings@mccalla.com mccallaecf@ecf.courtdrive.com

Eric S Landau
                              on behalf of Debtor Edith M. Farina ericslandau@gmail.com

Eric S Landau
                              on behalf of Plaintiff Edith M. Farina ericslandau@gmail.com

District/off: 0312-3                               User: admin                                    Page 2 of 2
Date Rcvd: Jul 02, 2026                           Form ID: orderntc                              Total Noticed: 1

Matthew K. Fissel

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-8 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7