UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric S. Landau
Law Office of Eric S. Landau PLLC
50 Fountain Plaza
Suite 1400
Buffalo, NY 14202

In Re:

Edith Farina

Case No.: 25-23144

Chapter: 13

Adv. No.: 26-01002

Hearing Date: ____________________

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Eric S. Landau :

☒ represent debtor in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the _______________________ in this case and am representing myself.

2. On Oct 20th 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
motion to recuse

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/27/2026

/s/ Eric S. Landau
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Judge Michael B. Kaplan, U.S.B.J.<br>402 East State Street<br>Trenton, N.J. 08608<br>Courtroom #8 | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br>(609) 587-6888 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email, and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>(973) 645-3014 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |